# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ANTHONY WAYNE DEGEN,
SR.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79566

FILED

OCT 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus in which petitioner seeks a writ directing the district court to order the public defender's office to withdraw from the case and send petitioner his complete case file.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP

19-42243

21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.          _____ , J.
Pickering                              Hardesty

cc:    John Anthony Wayne Degen, Sr.
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk